```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03715
   JOHN ROBERT ENNIS
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0547


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/19/08 .

    2.   The case was converted to Chapter 7 without confirmation, 04/17/2007.

    3.   The Debtor paid a total of $   1629.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FINANCIAL FREEDOM SENIOR | CURRENT MORTG | .00 | .00 | .00 |
| FINANCIAL FREEDOM SENIOR | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 264.00 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | 510.00 |
| ASSOCIATED INVESTMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| BLITT & GAINES PC | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN S GLASS PC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FRANKLIN CREDIT SOLUTION | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MEA MEDICAL CARE CTRS LL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE CAPITAL MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |

```
RADIOLOGICAL CON OF WOOD   UNSECURED        NOT FILED              .00            .00
THE URO CENTER LTD         UNSECURED        NOT FILED              .00            .00
UNIFUND CORP               UNSECURED        NOT FILED              .00            .00
WFNNB/HARLEM FURNITURE     UNSECURED        NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED              .00            .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                        SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00          .00         .00         .00
PRINCIPAL PAID           774.00          .00          .00         .00      774.00
INTEREST PAID               .00          .00          .00         .00         .00
TOTAL PAID               774.00          .00          .00         .00      774.00
```

The Debtor's attorney, JOSEPH P DOYLE                , was allowed $        .00
and was paid $       .00 .

The Trustee received $       47.66 .

Refunds to the Debtor totaled $    807.34 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 03715 JOHN ROBERT ENNIS