UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JOHN ROBERT ENNIS § Case No. 08-03715
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/13/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____     By: _____

DAVID R. BROWN
400 South County Farm Road
Suite 330
Wheaton, IL  60187

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   §
         §
JOHN ROBERT ENNIS   §   Case No. 08-03715
         §
         §
   Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 39,421.53 |
| and approved disbursements of | $ | 990.53 |
| leaving a balance on hand of[1] | $ | 38,431.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | GMAC | $ 5,539.56 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8A | INTERNAL REVENUE SERVICE | $ 26,378.72 | $ 26,378.72 | $ 0.00 | $ 26,378.72 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 26,378.72 |
| Remaining Balance | $ 12,052.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 4,662.15 | $ 0.00 | $ 4,662.15 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,662.15 |
| Remaining Balance | $ 7,390.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 657.08  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | INTERNAL REVENUE SERVICE | $ 657.08 | $ 0.00 | $ 657.08 |
| | Total to be paid to priority creditors | | | $ 657.08 |
| | Remaining Balance | | | $ 6,733.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 124,907.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RESURGENCE FINANCIAL LLC | $ 25,306.76 | $ 0.00 | $ 1,337.63 |
| 2 | CAPITAL ONE BANK | $ 12,726.51 | $ 0.00 | $ 672.68 |
| 3 | CAPITAL ONE BANK | $ 687.15 | $ 0.00 | $ 36.32 |
| 4 | UNIFUND CCR PARTNERS | $ 15,206.94 | $ 0.00 | $ 803.79 |
| 6 | RAVENSWOOD FINANCIAL | $ 17,239.70 | $ 0.00 | $ 911.23 |
| 9 | WORLDWIDE FINANCIAL CAPITAL BANK | $ 32.98 | $ 0.00 | $ 1.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | LVNV FUNDING LLC ITS SUCCESSORS AND | $ 102.81 | $ 0.00 | $ 5.43 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | $ 11,284.58 | $ 0.00 | $ 596.47 |
| 12 | LVNV FUNDING LLC ITS SUCCESSORS AND | $ 3,661.91 | $ 0.00 | $ 193.56 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | $ 12,059.61 | $ 0.00 | $ 637.43 |
| 14 | ECAST SETTLEMENT CORPORATION ASSIGN | $ 249.87 | $ 0.00 | $ 13.21 |
| 15 | ECAST SETTLEMENT CORPORATION ASSIGN | $ 202.93 | $ 0.00 | $ 10.73 |
| 16 | DISCOVER CARD C/O VATIV RECOVERY SO | $ 11,728.07 | $ 0.00 | $ 619.91 |
| 17 | COMPUTER CREDIT INC | $ 7,314.31 | $ 0.00 | $ 386.61 |
| 18 | PRA RECEIVABLES MANAGEMENT, LLC | $ 6,049.96 | $ 0.00 | $ 319.78 |
| 19 | ECAST SETTLEMENT CORPORATION ASSIGN | $ 730.68 | $ 0.00 | $ 38.62 |
| 20 | THE URO CENTER LTD | $ 323.00 | $ 0.00 | $ 17.07 |
| 7 | ABMC | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,602.21 |
| | Remaining Balance | | | $ 130.84 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 169.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8C | INTERNAL REVENUE SERVICE | $ 169.68 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $    0.00

Remaining Balance    $    130.84

Prepared By: /s/ David R. Brown
Trustee

DAVID R. BROWN
400 South County Farm Road
Suite 330
Wheaton, IL  60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-03715-DRC
John Robert Ennis                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet              Page 1 of 2                  Date Rcvd: Nov 15, 2013
                              Form ID: pdf006              Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2013.
```
db             +John Robert Ennis,    1417 Bear Flag Drive,    Hanover Park, IL 60133-4903
12048627       +ABMC,    3040 Salt Creek Ln,    Arlington Heights, IL 60005-1069
11961034       +Assoc Investment Corp,    Po Box 3055,    Salt Lake City, UT 84110-3055
11961035       +Associate Area Counsel, SB/SE,     200 W. Adams, Suite 2300,    Chicago, IL 60606-5231
11961036        Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
11961037       +Blatt, Hasenmiller, Leibsker, Moore,     P.O. Box 5463,    Chicago, IL 60680-5463
11961038       +Blitt and Gaines, P.C.,    318 W. Adoms St.,    Suite 1600,    Chicago, IL 60606-5173
11961039       +Brian S. Glass, P.C.,    7366 North Lincoln Avenue,     Suite 300,    Lincolnwood, IL 60712-1740
11981170      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK,     C/O TSYS DEBT MANAGEMENT,    PO BOX 5155,
                NORCROSS, GA  30091)
11961043       +Chase Na,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11961045        Citgo/Cbsd,    Po Box 6003,    Hagerstown, MD 21747
11961046       +Computer Credit Inc,    Alexian Brothers Health System,     3040 Salt Creek Lane 2nd Flr,
                Arlington Heights, IL 60005-1069
11961047       +D. Patrick Mullarkey Tax Division,     P.O. Box 55,    Ben Franklin Station,
                Washington, DC 20044-0055
11961048       +Dependon Collection Se,    7627 W Lake St 210,    River Forest, IL 60305-1878
11961049       +Financial Freedom Senior Funding Corp,     McCalla Raymer et al,    Bankruptcy Department,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
11961055       +I.R.S. (Centralized Insolvency),     P.O. Box 21126,    Philadelphia, PA 19114-0326
11961060       +MEA Medical Care Centers LLC,     Dept 4043,    PO Box 3594,    Hinsdale, IL 60522-3594
11961061       +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6908
11961068       +OSI Collection Services, Inc,     PO Box 550720,    Jacksonville, FL 32255
12076693      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,     c/o Household,    POB 41067,
                NORFOLK VA 23541)
11961069       +Paragon Way Inc,    2101 W Ben White Blvd,    P. O. Box 42829,    Austin, TX 78704-0044
11961071       +Performance Capital Mg,    222 S Harbor Blvd Ste 40,     Anaheim, CA 92805-3712
11961072       +Portfolio,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
12360278       +Pra Receivables Management, Llc,     As Agent Of Portfolio Recovery Assocs.,    c/o Citifinancial,
                POB 41067,    NORFOLK VA 23541-1067
11961073        Radiological Consultants Woodstock,     363111 Treasury Center,    Chicago, IL 60694-6300
11961075       +Susan D. Appel,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
11961076        The URO Center LTD,    9669 Kenton Ave,    Suite 306,    Skokie, IL 60076-1226
11961077       +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
12004218       +Unifund CCR Partners,    c/o Blitt & Gaines, P.C.,     661 Glenn Ave,    Wheeling, IL 60090-6017
11961078       +United States Attorney,    219 S. Dearborn Street,     Chicago, IL 60604-1708
11961079        West Asset Management,    PO Box 724617,    Atlanta, GA 31139-1617
11961080       +Wfcb/Blair Catalog,    8035 Quivira Rd,    Lenexa, KS 66215-2746
12239070        eCAST Settlement Corporation assignee of,     GE Money Bank Sams Club,    POB 35480,
                Newark NJ 07193-5480
12239069        eCAST Settlement Corporation assignee of,     GE Money Bank WalMart,    POB 35480,
                Newark NJ 07193-5480
12373104        eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11961042       +E-mail/Text: cms-bk@cms-collect.com Nov 16 2013 05:00:01     Capital Managment Services,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
12318920        E-mail/Text: ebn@vativrecovery.com Nov 16 2013 01:49:59
                Discover Card c/o Vativ Recovery Solutions,     as agent for Palisades / Asta Funding,
                PO Box 40728,    Houston , TX 77240-0728
11961051       +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2013 01:49:35     G M A C,    15303 S 94th Ave,
                Orland Park, IL 60462-3825
12012215       +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2013 01:49:35     GMAC,    P.O. Box 130424,
                Roseville, MN 55113-0004
11961052       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2013 01:53:28     Gemb/Walmart,    Po Box 981400,
                El Paso, TX 79998-1400
12207269        E-mail/Text: cio.bncmail@irs.gov Nov 16 2013 01:49:50     IRS,    PO Box 21125,
                Philadelphia, PA 19114
11961056        E-mail/Text: cio.bncmail@irs.gov Nov 16 2013 01:49:50     Internal Revenue Service,
                Department of the Treasury,    PO Box 21126,    Philadelphia, PA 19114
12076373        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2013 01:53:50
                LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11961058       +E-mail/Text: bankruptcy@leadingedgerecovery.com Nov 16 2013 01:50:30
                Leading Edge Recovery Solutions,    5440 N Cumberland Ave,    Suite 300,    Chicago, IL 60656-1486
11961059       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2013 01:52:02     Lvnv Funding,
                Po Box 10584,    Greenville, SC 29603-0584
11961064        E-mail/Text: bankruptcydepartment@ncogroup.com Nov 16 2013 01:50:41     Nco Fin/38,
                Po Box 13564,    Philadelphia, PA 19101
11961062       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2013 01:50:25     Midland Credit Mgmt,    8875 Aero Dr,
                San Diego, CA 92123-2255
```

```
District/off: 0752-1          User: adragonet            Page 2 of 2                   Date Rcvd: Nov 15, 2013
                              Form ID: pdf006            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11961070      +E-mail/Text: mmrgbk@miramedrg.com Nov 16 2013 01:50:31      Pellettieri,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
12057807      +E-mail/Text: bncmail@w-legal.com Nov 16 2013 01:50:36      WORLDWIDE FINANCIAL CAPITAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11961040*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Cap One Bk,    Po Box 85520,    Richmond, VA 23285)
11961041*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Cap One Bk,    Po Box 85520,    Richmond, VA 23285)
11961044*     +Chase Na,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11961065*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court:   Nco Fin/38,    Po Box 13564,    Philadelphia, PA 19101)
11961066*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court:   Nco Fin/38,    Po Box 13564,    Philadelphia, PA 19101)
11961067*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court:   Nco Fin/38,    Po Box 13564,    Philadelphia, PA 19101)
11961063*     +Midland Credit Mgmt,    8875 Aero Dr,    San Diego, CA 92123-2255
12172478*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC.,     c/o Sears,   POB 41067,
               NORFOLK VA 23541)
11961050    ##+Franklin Credit Solutions,    448 Franklin Street,    Buffalo, NY 14202-1302
11961053    ##+Harris & Harris, LTD,    600 W Jackson,   Suite 400,    Chicago, IL 60661-5675
11961054    ##+Hfc,   Po Box 1547,    Chesapeake, VA 23327-1547
11961057    ##+Jeffrey A. Albert,    205 W. Randolph St.,    Suite 920,   Chicago, IL 60606-1814
12035039    ##+Ravenswood Financial,    c/o Law Offices of Brian S. Glass,    7366 N. Lincoln Ave. Suite 300,
               Lincolnwood IL 60712-1740
11961074    ##+Resurgence Financial LLC,    4100 Commercial Avenue,    Northbrook, IL 60062-1833
                                                                                  TOTALS: 0, * 8, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2013 at the address(es) listed below:
```
              David  Brown, ESQ   on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Joseph P Doyle    on behalf of Debtor John Robert Ennis joe@fightbills.com, courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```