# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN ROBERT ENNIS | § | Case No. 08-03715 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter on            , and it was converted to chapter 7 on            .  The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DAVID R. BROWN _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | GMAC | | | | | |
| 8A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| SUITE 420 701 POLYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| Congressional Bank | | | | | |
| The Bank of New York Mellon | | | | | |
| UNION BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ABMC | | | | | |
| 3 | CAPITAL ONE BANK | | | | | |
| 17 | COMPUTER CREDIT INC | | | | | |
| 10 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 6 | RAVENSWOOD FINANCIAL | | | | | |
| 21 | RESURGENCE FINANCIAL LLC | | | | | |
| 20 | THE URO CENTER LTD | | | | | |
| 9 | WORLDWIDE FINANCIAL CAPITAL BANK | | | | | |
| 2 | CAPITAL ONE BANK | | | | | |
| 16 | DISCOVER CARD C/O VATIV RECOVERY SO | | | | | |
| 14 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 19 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 12 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 18 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 4 | UNIFUND CCR PARTNERS | | | | | |
| 8C | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 08-03715 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | JOHN ROBERT ENNIS | | | | Date Filed (f) or Converted (c): | 04/17/2008 (c) |
| | | | | | 341(a) Meeting Date: | 05/27/2008 |
| For Period Ending: | 06/27/2014 | | | | Claims Bar Date: | 08/29/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. In Probate, Debtor possibly stands to gain around $83,333.33    In Probate, Debtor possibly stands to gain around $83,333.33 from Estate of Father - Would most likely receive this sometime during this year of 2007 - Don Heck - Attorney - ph# 217.222.4174 | Unknown | Unknown | | 10,350.00 | Unknown |
| 2. In Probate, Debtor possibly stands to gain around | Unknown | 0.00 | | 25,600.00 | FA |
| 3. Personal Residence, 1417 Bear Flag Drive Hanover Park, IL 60133 Federal Tax Lien in the amount of $25,378.72 - ($493.78 unprotected equity) | 125,000.00 | 39,372.50 | OA | 0.00 | FA |
| 4. Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods & Furniture | 350.00 | 0.00 | | 0.00 | FA |
| 6. Books, Pictures, CDs | 200.00 | 0.00 | | 173.83 | FA |
| 7. Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 8. VOID                              (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. VOID                              (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. Automobile - 2006 Chevrolet Equinox 11,500 Miles | 13,510.00 | 3,173.83 | | 3,326.17 | FA |
| 11. 2 Cats | 50.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits          (u) | Unknown | N/A | | 121.53 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $139,260.00          $42,546.33          $39,571.53          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets 8 and 9 were voided as duplicate entries.
Trustee is still collecting payments on inheritance. Payments conclude in 2013.

Exhibit 8

Initial Projected Date of Final Report (TFR): 09/30/2010          Current Projected Date of Final Report (TFR): 04/15/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1085 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/09 | | Transfer from Acct # XXXXXX4223 | Bank Funds Transfer | 9999-000 | $28,518.98 | | $28,518.98 |
| 02/05/09 | | Transfer to Acct # XXXXXX1093 | TRANSFER TO WRITE CHECKS | 9999-000 | | $29.00 | $28,489.98 |
| 02/24/09 | | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL 60133 | Settlement payment | | $500.00 | | $28,989.98 |
| | | | Gross Receipts | $500.00 | | | |
| | 6 | | Books, Pictures, CDs | $173.83 | 1129-000 | | |
| | 10 | | Automobile - 2006 Chevrolet Equinox 11,500 Miles | $326.17 | 1129-000 | | |
| 02/27/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $5.07 | | $28,995.05 |
| 03/31/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | Settlement payment | 1129-000 | $500.00 | | $29,495.05 |
| 03/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $6.34 | | $29,501.39 |
| 04/24/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL | Settlement payment | 1129-000 | $500.00 | | $30,001.39 |
| 04/30/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $6.06 | | $30,007.45 |
| 05/27/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $30,507.45 |
| 05/29/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $5.95 | | $30,513.40 |
| 06/24/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $31,013.40 |
| 06/30/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $6.69 | | $31,020.09 |
| 07/22/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $31,520.09 |
| 07/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $6.59 | | $31,526.68 |

|  |  | Page Subtotals: | | | $31,555.68 | $29.00 | |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-03715
Case Name: JOHN ROBERT ENNIS

Taxpayer ID No: XX-XXX0165
For Period Ending: 06/27/2014

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number/CD#: XXXXXX1085
Money Market Account (Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $32,026.68 |
| 08/31/09 | INT | Union Bank of California | Interest Rate  0.250 | 1270-000 | $6.67 | | $32,033.35 |
| 09/28/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $200.00 | | $32,233.35 |
| 09/30/09 | INT | Union Bank | Interest Rate  0.250 | 1270-000 | $6.57 | | $32,239.92 |
| 10/28/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $32,489.92 |
| 10/30/09 | INT | Union Bank | Interest Rate  0.250 | 1270-000 | $6.60 | | $32,496.52 |
| 11/25/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1229-000 | $250.00 | | $32,746.52 |
| 11/30/09 | INT | Union Bank | Interest Rate  0.250 | 1270-000 | $6.88 | | $32,753.40 |
| 12/30/09 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $33,003.40 |
| 12/31/09 | INT | Union Bank | Interest Rate  0.250 | 1270-000 | $6.94 | | $33,010.34 |
| 01/28/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $33,260.34 |
| 01/29/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $3.01 | | $33,263.35 |
| 02/10/10 | | Transfer to Acct # XXXXXX1093 | TRANSFER TO WRITE CHECKS | 9999-000 | | $26.00 | $33,237.35 |
| 02/25/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag DriveHanover Park, IL 60133 | Settlement payment | 1229-000 | $500.00 | | $33,737.35 |
| 02/26/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $2.55 | | $33,739.90 |

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Page Subtotals:                                       $2,239.22          $26.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-03715
Case Name: JOHN ROBERT ENNIS

Taxpayer ID No: XX-XXX0165
For Period Ending: 06/27/2014

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number/CD#: XXXXXX1085
Money Market Account (Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $33,989.90 |
| 03/31/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $3.01 | | $33,992.91 |
| 04/30/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $34,242.91 |
| 04/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $2.76 | | $34,245.67 |
| 05/28/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $34,495.67 |
| 05/28/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $2.60 | | $34,498.27 |
| 06/28/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $34,748.27 |
| 06/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $3.07 | | $34,751.34 |
| 07/28/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag DriveHanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $35,001.34 |
| 07/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $2.96 | | $35,004.30 |
| 08/25/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $35,254.30 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $3.04 | | $35,257.34 |
| 09/23/10 | 1 | ENNIS, JOHN R 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $35,507.34 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $2.85 | | $35,510.19 |
| 10/28/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $250.00 | | $35,760.19 |

Page Subtotals:                    $2,020.29          $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN | |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX1085 | |
| | Money Market Account (Interest Earn | |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/29/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $2.78 | | $35,762.97 |
| 11/29/10 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $200.00 | | $35,962.97 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $1.63 | | $35,964.60 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $1.49 | | $35,966.09 |
| 01/03/11 | 1 | ENNIS, JOHN 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $200.00 | | $36,166.09 |
| 01/19/11 | | ENNIS, JOHN ROBERT 1417 BEAR FLAG DRIVEHANOVER PARK, IL  60133 | adjust deposit #13 | 1129-000 | ($250.00) | | $35,916.09 |
| 01/27/11 | 1 | ENNIS, JOHN 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $200.00 | | $36,116.09 |
| 01/31/11 | INT | Union Bank | Interest Rate  0.000 | 1270-000 | $0.44 | | $36,116.53 |
| 02/09/11 | | Transfer to Acct # XXXXXX1093 | TRANSFER TO WRITE CHECKS | 9999-000 | | $30.00 | $36,086.53 |
| 02/25/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $200.00 | | $36,286.53 |
| 03/28/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $200.00 | | $36,486.53 |
| 06/10/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $100.00 | | $36,586.53 |
| 06/24/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $100.00 | | $36,686.53 |
| 07/29/11 | 1 | ENNIS, JOHN R. 1417 Bear Flg Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $100.00 | | $36,786.53 |

| | | | Page Subtotals: | | $1,056.34 | $30.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN | Exhibit 9 |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX1085 | |
| | Money Market Account (Interest Earn | |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag DriveHanover Park, IL 60133 | Settlement payment | 1129-000 | $100.00 | | $36,886.53 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $88.50 | $36,798.03 |
| 10/28/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag DriveHanover Park, IL | | 1129-000 | $100.00 | | $36,898.03 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGE | 2600-000 | | $88.50 | $36,809.53 |
| 11/28/11 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | | 1129-000 | $100.00 | | $36,909.53 |
| 12/19/11 | | UNION BANK | Bank Charges | 2600-000 | | $88.50 | $36,821.03 |
| 01/03/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL | | 1129-000 | $100.00 | | $36,921.03 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $88.50 | $36,832.53 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $88.50 | $36,744.03 |
| 02/03/12 | | Transfer to Acct # XXXXXX3457 | Bank Funds Transfer | 9999-000 | | $36,744.03 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $37,271.53 | $37,271.53 |
| Less: Bank Transfers/CD's | $28,518.98 | $36,829.03 |
| Subtotal | $8,752.55 | $442.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,752.55 | $442.50 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

| | | |
|---|---|---|
| Page Subtotals: | $400.00 | $37,186.53 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1093 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/09 | | Transfer from Acct # XXXXXX1085 | TRANSFER TO WRITE CHECKS | 9999-000 | $29.00 | | $29.00 |
| 02/05/09 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POLYDRAS ST.NEW ORLEANS, LA 70139 | Bond No. 016026455 | 2300-000 | | $29.00 | $0.00 |
| 02/10/10 | | Transfer from Acct # XXXXXX1085 | TRANSFER TO WRITE CHECKS | 9999-000 | $26.00 | | $26.00 |
| 02/10/10 | 102 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $26.00 | $0.00 |
| 02/09/11 | | Transfer from Acct # XXXXXX1085 | TRANSFER TO WRITE CHECKS | 9999-000 | $30.00 | | $30.00 |
| 02/09/11 | 103 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond 016026455 | 2300-000 | | $30.00 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $85.00 | $85.00 |
| | Less: Bank Transfers/CD's | $85.00 | $0.00 |
| | Subtotal | $0.00 | $85.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $85.00 |

| | | |
|---|---|---|
| Page Subtotals: | $85.00 | $85.00 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX4223 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/08 | 2 | MARJORIE HOLM TRUST | Settlement payment | 1129-000 | $25,000.00 | | $25,000.00 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $2.86 | | $25,002.86 |
| 07/08/08 | 2 | JOHN R. ENNIS<br>1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $25,502.86 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $3.21 | | $25,506.07 |
| 08/15/08 | 10 | ENNIS, JOHN R.<br>1417 Bear Flag DriveHanover Park, IL | Settlement payment | 1129-000 | $500.00 | | $26,006.07 |
| 08/29/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $3.26 | | $26,009.33 |
| 09/15/08 | 10 | ENNIS, JOHN<br>1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $26,509.33 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $3.23 | | $26,512.56 |
| 10/17/08 | 10 | ENNIS, JOHN R.<br>1417 Bear Flag Dr.Hanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $27,012.56 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | $2.58 | | $27,015.14 |
| 11/18/08 | 10 | ENNIS, JOHN R.<br>1417 Bear Flag DriveHanover Park, IL 60133 | Settlement payment | 1129-000 | $500.00 | | $27,515.14 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | $2.22 | | $27,517.36 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.38 | | $27,518.74 |
| 01/05/09 | 10 | ENNIS, JOHN R.<br>1417 Bear Flag Dr.Hanover Park, IL | Settlement payment | 1129-000 | $500.00 | | $28,018.74 |
| 01/23/09 | 10 | ENNIS, JOHN R.<br>1417 Bear Flag DriveHanover Park, IL 60133 | | 1129-000 | $500.00 | | $28,518.74 |

| | | | Page Subtotals: | | $28,518.74 | $0.00 | |

UST Form 101-7-TDR (5/1/2011) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX4223 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.23 | | $28,518.97 |
| 02/02/09 | INT | Bank of America | FINAL INTEREST REC'D FROM BANK | 1270-000 | $0.01 | | $28,518.98 |
| 02/02/09 | | Transfer to Acct # XXXXXX1085 | Bank Funds Transfer | 9999-000 | | $28,518.98 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $28,518.98 | $28,518.98 |
| Less: Bank Transfers/CD's | $0.00 | $28,518.98 |
| Subtotal | $28,518.98 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,518.98 | $0.00 |

| Page Subtotals: | $0.24 | $28,518.98 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-03715

Case Name: JOHN ROBERT ENNIS

Taxpayer ID No: XX-XXX0165

For Period Ending: 06/27/2014

Trustee Name: DAVID R. BROWN

Bank Name: Bank of America

Account Number/CD#: XXXXXX4265

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN | |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX3457 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1085 | Bank Funds Transfer | 9999-000 | $36,744.03 | | $36,744.03 |
| 02/06/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag DriveHanover Park, IL | | 1129-000 | $100.00 | | $36,844.03 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $32.00 | $36,812.03 |
| 02/24/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL 60133 | | 1129-000 | $100.00 | | $36,912.03 |
| 04/02/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | | 1129-000 | $50.00 | | $36,962.03 |
| 04/30/12 | 1 | ENNIS, JOHN R 1417 Bear Flag DrHanover park, IL 60133 | | 1129-000 | $100.00 | | $37,062.03 |
| 05/29/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag DrHanover Park, IL | | 1129-000 | $100.00 | | $37,162.03 |
| 06/29/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | | 1129-000 | $100.00 | | $37,262.03 |
| 08/06/12 | 1 | ENNIS 1417 Bear Flag DriveHanover Park, IL 60133 | Settlement payment | 1129-000 | $100.00 | | $37,362.03 |
| 10/15/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | partial payment | 1129-000 | $100.00 | | $37,462.03 |
| 10/15/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park ,IL | partial payment | 1129-000 | $100.00 | | $37,562.03 |
| 11/29/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | | 1129-000 | $100.00 | | $37,662.03 |
| 11/29/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | | 1129-000 | $100.00 | | $37,762.03 |
| 12/27/12 | 1 | ENNIS, JOHN R. 1417 Bear Flag Dr.Hanover Park, IL | | 1129-000 | $100.00 | | $37,862.03 |
| 02/13/13 | 1002 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | bond no. 016026455 | 2300-000 | | $18.00 | $37,844.03 |

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

Page Subtotals:                                    $37,894.03          $50.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN | Exhibit 9 |
| Case Name: JOHN ROBERT ENNIS | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX3457 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/13 | 1 | JOHN R. ENNIS 1417 Bear Flag Dr. Hanover Park, IL 60133 | settlement payment | 1129-000 | $100.00 | | $37,944.03 |
| 03/08/13 | | Congressional Bank 6500 Rock Spring Drive  Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $36.30 | $37,907.73 |
| 03/27/13 | 1 | John Ennis 1417 Bear Flag Dr. Hanover Park, IL | installment payment (partial) | 1129-000 | $100.00 | | $38,007.73 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive  Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $40.25 | $37,967.48 |
| 05/01/13 | 1 | JOHN R. ENNIS 1417 Bear Flag Drive Hanover Park, IL | installment payment | 1129-000 | $100.00 | | $38,067.48 |
| 05/01/13 | 1 | JOHN R. ENNIS 1417 Bear Flag Drive Hanover Park, IL | installment payment | 1129-000 | $100.00 | | $38,167.48 |
| 05/09/13 | | Congressional Bank 6500 Rock Spring Drive  Suite 300 Bethesda, MD 20817 | | 2600-000 | | $39.04 | $38,128.44 |
| 05/22/13 | | Transfer to Acct # xxxxxx7324 | Transfer of Funds | 9999-000 | | $38,128.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $38,294.03 | $38,294.03 |
| Less: Bank Transfers/CD's | $36,744.03 | $38,128.44 |
| Subtotal | $1,550.00 | $165.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,550.00 | $165.59 |

| | | |
|---|---|---|
| Page Subtotals: | $400.00 | $38,244.03 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHN ROBERT ENNIS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7324 |
| | Checking |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx3457 | Transfer of Funds | 9999-000 | $38,128.44 | | $38,128.44 |
| 05/29/13 | 2 | John R. Ennis 1417 Bear Flag Dr Hanover Park, IL 60133 | settlement payment | 1129-000 | $100.00 | | $38,228.44 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.45 | $38,211.99 |
| 06/27/13 | | John R. Ennis | installment payment | 1129-000 | $100.00 | | $38,311.99 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.95 | $38,257.04 |
| 07/30/13 | 1 | John R. Ennis | installment payment | 1129-000 | $100.00 | | $38,357.04 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.88 | $38,300.16 |
| 08/30/13 | 1 | John Ennis | installment payment | 1129-000 | $100.00 | | $38,400.16 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.94 | $38,343.22 |
| 09/27/13 | 1 | John R Ennis | installment payment | 1129-000 | $100.00 | | $38,443.22 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.15 | $38,388.07 |
| 10/31/13 | 1 | John R Ennis | installment payment | 1129-000 | $100.00 | | $38,488.07 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.07 | $38,431.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.28 | $38,375.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TDR (5/1/2011) (Page: 21) | | Page Subtotals: | | | $38,728.44 | $352.72 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-03715 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHN ROBERT ENNIS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7324 |
| | Checking |
| Taxpayer ID No: XX-XXX0165 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/13 | 3001 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,662.15 | $33,713.57 |
| 12/23/13 | 3002 | INTERNAL REVENUE SERVICE<br>Department of the Treasury<br>PO Box 21126<br>Philadelphia, PA  19114 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $657.08 | $33,056.49 |
| 12/23/13 | 3003 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA  30091 | Final Distribution | 7100-900 | | $3,180.74 | $29,875.75 |
| 12/23/13 | 3004 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA  30091 | Final Distribution | 7100-000 | | $171.74 | $29,704.01 |
| 12/23/13 | 3005 | UNIFUND CCR PARTNERS<br>c/o Blitt & Gaines, P.C.<br>661 Glenn Ave<br>Wheeling, IL  60090 | Final Distribution | 7100-900 | | $3,800.67 | $25,903.34 |
| 12/23/13 | 3006 | RAVENSWOOD FINANCIAL<br>c/o Law Offices of Brian S. Glass<br>7366 N. Lincoln Ave. Suite 300<br>Lincolnwood, IL  60712 | Final distribution to claim 6 representing a payment of 24.99 % per court order. | 7100-000 | | $4,308.72 | $21,594.62 |
| 12/23/13 | 3007 | ABMC<br>3040 Salt Creek Ln<br>Arlington Heights, IL  60005 | Final distribution to claim 7 representing a payment of 24.99 % per court order. | 7100-000 | | $1,828.07 | $19,766.55 |
| 12/23/13 | 3008 | WORLDWIDE FINANCIAL CAPITAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Final distribution to claim 9 representing a payment of 24.99 % per court order. | 7100-000 | | $8.24 | $19,758.31 |
| 12/23/13 | 3009 | LVNV FUNDING LLC ITS SUCCESSORS AND<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Final distribution to claim 10 representing a payment of 24.99 % per court order. | 7100-000 | | $25.70 | $19,732.61 |

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

Page Subtotals:                    $0.00          $18,643.11

**FORM 2**

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 08-03715 | | | | Trustee Name: DAVID R. BROWN | | Exhibit 9 |
| Case Name: JOHN ROBERT ENNIS | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX7324 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX0165 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 06/27/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/13 | 3010 | PORTFOLIO RECOVERY ASSOCIATES, LLC. c/o Household POB 41067 NORFOLK, VA  23541 | Final distribution to claim 11 representing a payment of 24.99 % per court order. | 7100-900 | | $2,820.36 | $16,912.25 |
| 12/23/13 | 3011 | LVNV FUNDING LLC ITS SUCCESSORS AND assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC  29603-0587 | Final distribution to claim 12 representing a payment of 24.99 % per court order. | 7100-900 | | $915.22 | $15,997.03 |
| 12/23/13 | 3012 | PORTFOLIO RECOVERY ASSOCIATES, LLC. c/o Sears POB 41067 NORFOLK, VA  23541 | Final distribution to claim 13 representing a payment of 24.99 % per court order. | 7100-900 | | $3,014.06 | $12,982.97 |
| 12/23/13 | 3013 | ECAST SETTLEMENT CORPORATION ASSIGN GE Money Bank WalMart POB 35480 Newark, NJ  07193-5480 | Final distribution to claim 14 representing a payment of 24.99 % per court order. | 7100-900 | | $62.45 | $12,920.52 |
| 12/23/13 | 3014 | ECAST SETTLEMENT CORPORATION ASSIGN GE Money Bank Sams Club POB 35480 Newark, NJ  07193-5480 | Final distribution to claim 15 representing a payment of 24.99 % per court order. | 7100-900 | | $50.72 | $12,869.80 |
| 12/23/13 | 3015 | DISCOVER CARD C/O VATIV RECOVERY SO as agent for Palisades / Asta Funding PO Box 40728 Houston, TX  77240-0728 | Final distribution to claim 16 representing a payment of 24.99 % per court order. | 7100-900 | | $2,931.20 | $9,938.60 |
| 12/23/13 | 3016 | COMPUTER CREDIT INC Alexian Brothers Health System 3040 Salt Creek Lane 2nd Flr Arlington Heights, IL  60005 | Final distribution to claim 17 representing a payment of 24.99 % per court order. | 7100-000 | | $1,828.07 | $8,110.53 |

| | | | | Page Subtotals: | $0.00 | $11,622.08 |
|---|---|---|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: 08-03715 | | | Trustee Name: DAVID R. BROWN | Exhibit 9 |
| Case Name: JOHN ROBERT ENNIS | | | Bank Name: The Bank of New York Mellon | |
| | | | Account Number/CD#: XXXXXX7324 | |
| | | | Checking | |
| Taxpayer ID No: XX-XXX0165 | | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/27/2014 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/13 | 3017 | PRA RECEIVABLES MANAGEMENT, LLC As Agent Of Portfolio Recovery Assocs. c/o Citifinancial POB 41067 NORFOLK, VA 23541 | Final distribution to claim 18 representing a payment of 24.99 % per court order. | 7100-900 | | $1,512.07 | $6,598.46 |
| 12/23/13 | 3018 | ECAST SETTLEMENT CORPORATION ASSIGN HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Final distribution to claim 19 representing a payment of 24.99 % per court order. | 7100-900 | | $182.61 | $6,415.85 |
| 12/23/13 | 3019 | THE URO CENTER LTD 9669 Kenton Ave Suite 306 Skokie, IL 60076-1226 | Final distribution to claim 20 representing a payment of 24.99 % per court order. | 7100-000 | | $80.72 | $6,335.13 |
| 12/23/13 | 3020 | RESURGENCE FINANCIAL LLC 4100 Commercial Avenue Northbrook, IL 60062 | Final distribution to claim 21 representing a payment of 24.99 % per court order. | 7100-000 | | $6,335.13 | $0.00 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-003 | | $57.02 | ($57.02) |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-003 | | $24.48 | ($81.50) |
| 03/13/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Reversal reversed by bank | 2600-003 | | ($24.48) | ($57.02) |
| 03/13/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Reversal reversed by bank | 2600-003 | | ($57.02) | $0.00 |
| 03/20/14 | 3005 | UNIFUND CCR PARTNERS c/o Blitt & Gaines, P.C. 661 Glenn Ave Wheeling, IL 60090 | Final Distribution Reversal | 7100-900 | | ($3,800.67) | $3,800.67 |
| 05/16/14 | 3021 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $3,800.67 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $8,110.53 | |

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $38,728.44 | $38,728.44 |
| Less: Bank Transfers/CD's | $38,128.44 | $0.00 |
| Subtotal | $600.00 | $38,728.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $600.00 | $38,728.44 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1085 - Money Market Account (Interest Earn | $8,752.55 | $442.50 | $0.00 |
| XXXXXX1093 - Checking Account | $0.00 | $85.00 | $0.00 |
| XXXXXX3457 - Checking Account | $1,550.00 | $165.59 | $0.00 |
| XXXXXX4223 - Money Market Account | $28,518.98 | $0.00 | $0.00 |
| XXXXXX4265 - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX7324 - Checking | $600.00 | $38,728.44 | $0.00 |
| | $39,421.53 | $39,421.53 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,421.53 |
| Total Gross Receipts: | $39,421.53 |